NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMGEN INC., AMGEN MANUFACTURING, LIMITED,**
*Plaintiffs-Appellants*

**v.**

**SANDOZ INC., SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH,**
*Defendants-Appellees*

---

2018-1551

---

Appeal from the United States District Court for the Northern District of California in No. 3:14-cv-04741-RS, Judge Richard Seeborg.

-------------------------------------------------------

**AMGEN INC., AMGEN MANUFACTURING, LIMITED,**
*Plaintiffs-Appellants*

**v.**

**SANDOZ INC., SANDOZ INTERNATIONAL GMBH, SANDOZ GMBH, LEK PHARMACEUTICALS, D.D.,**
*Defendants-Appellees*

---

2018-1552

_____

Appeal from the United States District Court for the Northern District of California in No. 3:16-cv-02581-RS, Judge Richard Seeborg.

_____

**ON PETITION FOR PANEL REHEARING**

_____

Before LOURIE, O'MALLEY, and REYNA, *Circuit Judges*.

PER CURIAM.

**O R D E R**

Appellants filed a petition for panel rehearing on June 7, 2019. A response to the petition was invited by the panel and filed by the Appellees on July 29, 2019.

Upon consideration thereof,

IT IS ORDERED THAT:

1) The petition for panel rehearing is GRANTED to the extent that the following portion of the opinion at page 11, lines 20–21, is removed:

   applies only in exceptional cases and

2) The petition for panel rehearing is otherwise DENIED.

FOR THE COURT

September 3, 2019           /s/ Peter R. Marksteiner
       Date                Peter R. Marksteiner
                           Clerk of Court